Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| AMY DEVEY, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>BIG LOTS, INC.,　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 21-CV-6688 |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed in its entirety.

Date: October 13, 2022　　　　　　　　　　　MARY C. LOEWENGUTH
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　By: s/Rosemarie M. Eby-Collom
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk